ELIZABETH H. BROWN et al., respondents,

*v.*

HAROLD PAUL COXSON, executor, &c., appellant.

[Decided October 9th, 1935.]

*Mr. James Mercer Davis* and *Mr. John M. Summerill, Jr.,* for the respondents.

*Messrs. Bleakly, Stockwell & Burling,* for the appellant.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Davis and reported in *118 N J. Eq. 114.*

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, LLOYD, CASE, BODINE, DONGES, HEHER, PERSKIE, VAN BUSKIRK, HETFIELD, DEAR, WELLS, JJ.  13.

*For reversal*—None.